IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR HURTADO CERVANTES,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>L. S. McEWEN, Warden, Calipatria State Prison,<br><br>　　　　　　Respondent. | No. 2:11-cv-01803-JKS<br><br>ORDER |

　　　At Docket No. 19 Respondent filed his Answer to the Petition. Attached to that response at Docket No. 19-1 were what were purportedly the state court records. A review of the document at Docket No. 19-1 reveals that it does not consist of the state court records; instead two Answers are attached in two different cases: 2-10-cv-2684 DAD and 2:10-cv-1659 GGH.

　　　**IT IS THEREFORE ORDERED THAT**, within twenty-one (21) days of the service of this Order, Respondent must electronically file the documents identified in paragraph 8 of the Answer to Petition for Writ of Habeas Corpus filed at Docket No. 19.

　　　Dated: September 12, 2012.

　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge